No. 79–1309. Seibert *v.* Baptist, District Director of Internal Revenue, et al. C. A. 5th Cir. Certiorari denied.

No. 79–1313. Ward *v.* Commissioner of Internal Revenue. C. A. 5th Cir. Certiorari denied.

No. 79–1349. Sabater *v.* Kansas. Ct. App. Kan. Certiorari denied.

No. 79–1350. Rubin et al. *v.* U. N. Industries, Inc., et al. C. A. 7th Cir. Certiorari denied.

No. 79–1355. Greenberg, Administratrix *v.* Commissioner of Internal Revenue. C. A. 2d Cir. Certiorari denied.

No. 79–1357. American Oil Co. *v.* Arnott. C. A. 8th Cir. Certiorari denied.

No. 79–1366. St. Paul Mercury Insurance Co. et al. *v.* East West Towing, Inc., et al. C. A. 5th Cir. Certiorari denied.

No. 79–1367. Cole *v.* Louisiana. 22d Jud. Dist. Ct. La., St. Tammany Parish. Certiorari denied.

No. 79–1368. Mollura *v.* Miller et al. C. A. 9th Cir. Certiorari denied.

No. 79–1369. American Marine Corp. et al. *v.* Highlands Insurance Co. C. A. 5th Cir. Certiorari denied.

No. 79–1370. Fetner *v.* Federal Land Bank of Baltimore. Super. Ct. Pa. Certiorari denied.